**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
CECILE FOY GSANGER



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

September 03, 2015

Hon. Douglas A. Allison
Law Offices of Douglas Allison
403 N. Tancahua
Corpus Christi, TX 78401
* DELIVERED VIA E-MAIL *

Hon. Paul Dodson
Attorney at Law
218 Leming Ave.
Corpus Christi, TX 78404
* DELIVERED VIA E-MAIL *

Re:       Cause No. 13-15-00322-CV
Tr.Ct.No. 2012CCV-60514-3
Style:    Jack Storm v. Ronnie King

Enclosed please find the opinion and judgment issued by the Court on this date.

Very truly yours,

Cecile Foy Gsanger, Clerk

CFG:ch
Enc.
cc:   County Court at Law No. 3 (DELIVERED VIA E-MAIL)
      Hon. Anne Lorentzen, Nueces County District Clerk (DELIVERED VIA E-MAIL)
      Hon. J. Rolando Olvera Jr., Presiding Judge, Fifth Administrative Judicial Region
      (DELIVERED VIA E-MAIL)